UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                                                              :

TACO, INC.,                                                                       :

                                         Plaintiff,                        :
                                                                                :            24-CV-07041 (JAV)

                      -v-                                          :

                                                                                 :                  ORDER

AMERICAN HOME ASSURANCE COMPANY,       :

                                                                                  :

                                     Defendant.                   :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated February 4, 2025, ECF No. 18, the parties were required to file a joint letter, the contents of which are described therein, by April 14, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 18, 2025**.

      SO ORDERED.

Dated: April 16, 2025
       New York, New York                                _____
                                                                   JEANNETTE A. VARGAS
                                                                   United States District Judge